IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| O.C., A MINOR, BY AND THROUGH HIS PARENT SARA FREED,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PARKLAND SCHOOL DISTRICT,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 5:24-cv-05458-JLS |

**O R D E R**

**AND NOW**, this 13th day of May, 2025, upon consideration of defendant's motion to dismiss, ECF No. 5, and plaintiff's response thereto, it is hereby **ORDERED** that the motion **GRANTED**. The first amended complaint, ECF No. 4, is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**